MEDTRONIC NAVIGATION, INC. (formerly known as Surgical Navigation Technologies, Inc.), Medtronic Sofamor Danek, Inc., and Sofamor Danek Holdings, Inc., Plaintiffs–Appellants,

and

St. Louis University, Plaintiff–Appellant,

and

Trustees of Dartmouth College, Plaintiff–Appellant,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEME GMBH, Brainlab AG, Brainlab USA, Inc., and Brainlab, Inc., Defendants–Appellees.

No. 2006–1289.

United States Court of Appeals,
Federal Circuit.

March 14, 2007.

**ORDER**

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on March 21, 2007.

Circuit Judge Moore did not participate in the vote.